IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PNC BANK, N.A., successor by merger to
National City bank, successor by merger to
National City Bank of Indiana, a division of
which was FNMC,

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-21-bbc

Plaintiff,

v.

SHEILA M. SPENCER,

Defendant.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff PNC Bank, N.A. awarding attorney fees pursuant to 28 U.S.C.§ 1447(c) in the amount of $875.00 and denying defendant Sheila M. Spencer's first motion for reconsideration.

_Peter Oppeneer_  7/10/13
Peter Oppeneer, Clerk of Court   Date