IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PNC BANK, N.A, successor by merger to
National City Bank, successor by merger to
National City Bank of Indiana, a division of
which was FNMC,

    Plaintiff,

v.

SHEILA M. SPENCER,

    Defendant.

AMENDED
JUDGMENT IN A CIVIL CASE

Case No. 13-cv-21-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered awarding plaintiff $553.47 in costs and $4,375.00 in attorney fees.

_Peter Oppeneer_, Clerk of Court     7/30/13